EMIL J. FRENGER, Appellant, *v.* HENRY KATZ et al., Respondents, Impleaded with Others.

(Submitted October 1, 1934; decided October 9, 1934.)

*Charles L. Apfel* for motion.

*Edward B. Thompson* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion. (Civ. Pr. Act, § 591.)